No. 101. ARROYO ET AL. *v.* MORALES.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided October 16, 1905. . The motion was allowed and the appeal dismissed for noncompliance with the provisions of section 299 of the Code of Civil Procedure and 50 and 54 of the Regulations. *Mr. Freyre Barbosa,* for petitioners; *Mr. Padilla,* for adverse party.

---

No. 22. THE PEOPLE *v.* PÉREZ.—Motion to dismiss the appeal. Decided October 18, 1905. The motion was dismissed. *The Fiscal,* for respondent.

---

No. 34. THE PEOPLE *v.* RODRÍGUEZ.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided October 18, 1905. The motion was overruled. *Mr. Rossy, fiscal,* for petitioner.

---

No. 50. THE PEOPLE *v.* FIGUEROA.—Appeal from the District Court of Guayama. Motion to dismiss the appeal. Decided October 18, 1905. The motion was overruled. *Mr. Rossy, fiscal,* for petitioner.

---

No. 52. THE PEOPLE *v.* VIRELLA.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided October 18, 1905. The motion was overruled. *Mr. Rossy, fiscal,* for petitioner.

---

No. 55. THE PEOPLE *v.* DÍAZ.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided October 18, 1905. The motion was overruled. *Mr. Rossy, fiscal,* for petitioner.